**<u>Exhibit B</u>**

**Budget**

**IMPAC MORTGAGE HOLDINGS, INC.,** *et al.*
**Cash Forecast ($k)**

| Week #<br>Week Ending | | 1<br>5/1 | 2<br>5/8 | 3<br>5/15 | 4<br>5/22 | 5<br>5/29 | 6<br>6/5 | 7<br>6/12 | Total<br>4/26 - 6/12 |
|---|---|---|---|---|---|---|---|---|---|
| Net Originations income | $ | 33 $ | 9 $ | 19 $ | 28 $ | 38 $ | 9 $ | 19 $ | 154 |
| Other Revenue (Interest/servicing income) | | 5 | - | - | - | - | 3 | - | 8 |
| **Total Receipts** | | **38** | **9** | **19** | **28** | **38** | **12** | **19** | **162** |
| | | | | | | | | | |
| Payroll & Benefits | | 15 | 181 | 15 | 180 | 15 | 186 | 14 | 607 |
| FirstAgentic Contract | | 25 | - | - | - | - | 50 | - | 75 |
| Data Expense | | - | 30 | 8 | 2 | - | 29 | - | 69 |
| Business Promotion | | 1 | 9 | 2 | 1 | 1 | 9 | 2 | 25 |
| Rent | | 20 | - | - | - | - | 20 | - | 40 |
| Legal & Other | | 10 | - | - | - | 10 | - | - | 20 |
| Other Professional Fees | | - | 7 | - | 6 | - | 7 | - | 20 |
| G&A & Other Misc Expenses | | 1 | 10 | 2 | 2 | 1 | 10 | 2 | 28 |
| **Total Operating Disbursements** | | **72** | **237** | **27** | **191** | **27** | **311** | **18** | **884** |
| | | | | | | | | | |
| **Operating Cash Flow** | | **(35)** | **(228)** | **(8)** | **(163)** | **11** | **(298)** | **1** | **(721)** |
| | | | | | | | | | |
| **Restructuring Disbursements [1]** | | | | | | | | | |
| Debtor's Counsel (Dentons) | | 130 | 350 | - | - | - | 250 | - | 730 |
| Local Counsel (PSZJ) | | 25 | 100 | - | - | - | 50 | - | 175 |
| Financial Advisor (DSI) | | 60 | 100 | - | - | - | 100 | - | 260 |
| Claims / Noticing Agent (Verita) | | 25 | 40 | - | - | - | 40 | - | 105 |
| Application of Remaining Retainers [2] | | - | - | - | - | - | (233) | - | (233) |
| **Total Debtor Retained Professionals** | | **240** | **590** | **-** | **-** | **-** | **208** | **-** | **1,038** |
| Lender Counsel (Lowenstein Sandler) | | 400 | 100 | - | - | - | 100 | - | 600 |
| Lender Counsel (Morris Nichols) | | 60 | 35 | - | - | - | 35 | - | 130 |
| Lender Tax Advisory (Proskauer Rose) | | 50 | 25 | - | - | - | 25 | 20 | 120 |
| **Total Lender Professional Fees** | | **510** | **160** | **-** | **-** | **-** | **160** | **20** | **850** |
| **Professional Fee Reserve** | | **750** | **750** | **-** | **-** | **-** | **368** | **20** | **1,888** |
| | | | | | | | | | |
| **Net Cash Flow** | $ | **(785)** $ | **(978)** $ | **(8)** $ | **(163)** $ | **11** $ | **(666)** $ | **(19)** $ | **(2,609)** |
| | | | | | | | | | |
| **Beginning Cash** | $ | **130** $ | **729** $ | **250** $ | **242** $ | **79** $ | **89** $ | **348** $ | **130** |
| Net Cash Flow | | (785) | (978) | (8) | (163) | 11 | (666) | (19) | (2,609) |
| DIP Loan Funding | | 1,500 | 500 | - | - | - | 924 | - | 2,924 |
| Facility Fee [3] | | (117) | - | - | - | - | - | - | (117) |
| **Ending Cash - Unrestricted [4]** | $ | **729** $ | **250** $ | **242** $ | **79** $ | **89** $ | **348** $ | **328** $ | **328** |
| **DIP Loan Facility** | | | | | | | | | |
| DIP Loan Balance [5] | | 3,576 | 4,076 | 4,076 | 4,076 | 4,076 | 5,000 | 5,000 | |
| DIP Facility Availability | | 1,424 | 924 | 924 | 924 | 924 | - | - | |

*Footnotes:*

[1]  Per the terms of the Plan and RSA, the Exit Loan Facility funds are used to pay US Trustee Fees, GUC Consideration, and Allowed Claims.

[2]  One-half of the Debtor Retained Professionals' retainers will be applied to pre-petition invoices, and the remaining balance is assumed to be applied to fees incurred during the Ch. 11 case.

[3]  The DIP facility fee is calculated as 4% of the amount of the facility will be deducted from the amount of proceeds of the facility.

[4]  Excludes a $35,000 reserve pending approval and issuance of a corporate credit card.

[5]  DIP Loan Balance reflects the outstanding principal balance under the DIP facility, including the roll-up of the Bridge Note including accrued interest.